IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR _New Castle County_

STATE OF DELAWARE     ✷     Cr. A. No/s. _IN 03/21664_

V.     ✷     ID# _0312004756_

_JOHN JACOB WHITE_
Correct Full Name of Movant

_NONE_
Movant's Alias(es), if any

DOB: _7/6/61_

SBI: _202819_
Defendant.

MOTION FOR _MODIFICATION OR REDUCTION_
(Sentence Reduction/Modification)

1. The Court Imposed Movant's sentence on the following date: _6/23/05_

2. The Judge who imposed the sentence was _HONORABLE JUDGE COOCH_

3. Offenses for which Movant was sentenced and length of sentence(s):

   _VIOLATION OF PROBATION - 1 YEAR CREST_
   _PROGRAM._

PAGE I OF V

4. State the grounds upon which you believe that the Court should modify or reduce your sentence. You must state the relevant facts in support of the grounds you raise:

Ground one: Child Support
Supporting facts: I owe 7 to 8 thousand dollars in back child support which accumulates every month. I would like to get back to work and keep my payments up to date

Ground two: Work
Supporting facts: I was offered a very good job by R.C. faberactions (BOB SUPPA) OWNER as an iron-worker. This job pays very well, with full bennifits & 401K plan and i will lose it if i am incarcerated to long.

Ground three: ON SEPERATE PAGE
Supporting facts: _____

Ground four: _____
Supporting facts: _____

O

<u>PAGE II</u>

<u>Ground three</u>: Misrepresentation lack of legal assistance
<u>Supporting factors</u>: When i was being held in Georgetown S.V.O.P. i had little to no oppertunity or time to prepair any kind of legal defence for myself before trial. I was not allowed to have envelops, whole sheets of paper or even a good pen to write with. Your Honor, it took me a week and a half to get one envelope just to try to send you a letter.

When i was in Superior Court on 6/23/05 for my V.O.P. hearing my public defender left me in the middle of our conversation, sitting in the small conferance room, while we were discussing my case. I never received another chanch to confer with him again. He was absolutly no assistance to me what-so-ever.

<u>Ground four</u>: Medical, (mental health).
<u>Supporting factors</u>: I am suffering and ben diagnosised with sever depression, anxiety and stress. I have sumitted several mental health slips to see the Psychiratist for my medication -(Buspar and Clexa) and still have not received any. I have been without my medication since i entered S.V.O.P. on 6/9/05 and despertly need it.

<u>Ground five</u>: Adminstrated Warrant (false accusations).
<u>Supporting factors</u>: Totly untrue facts given by my probation officer at hearing and on warrant. ① Officer stated he found two Southern Comfort bottles <u>opened</u> in the ash tray <u>FACT</u>: The bottles were solid plastic key ring trinkets that belonged to my Father, the bottles could not be filled with alcohole or any fluid.

② on next page III →

<u>PAGE III</u>

② Cans in sink. FACT: The officer removed the beer cans from my refridgerator, opened them and emptyed them out in the sink leaving them their.

③ Cans in trash FACT: These cans were crushed up, and found in a trash bin used for recycling aluminium. These cans were their for months before i even returned home from garder hill.

④ Rum FACT: My sisters both drink rum and left it over the house. I was only home at night to eat, shower, and sleep and and go back to work in the morning. I was honest with the officers and admitted that the beer did belong to me, as soon as they asked if i had been drinking. I tryed to efplain to them that i drank 3 beers with my dinner at about 6:00 PM. I was not trying to lie or hide anything from them i was just trying to be honest. Probation came over at about 10:00 PM at which time i was asleep on the couch because i had to get up at 5:00 oc AM. to go to work the next morning. I was not at home having some kind of party sir!

Your Honor i relize i was on yero tolerance, and i did make a terrible mistake by drinking a few beers, but i think that a 1 year Crest program is eftreem for a minor relaps. I have also learned a very valuble lesson while at S.V.O.P., a place i will absolutely never return to again. When i was on level 4 home confindment i was trying to do everything wright, working 40 HRS a week taking the bus, (NO DRIVING), payings my fines, reporting to probation every week, urin testing, and no unaccountable time, but i did make one mistake.

PAGE IV →

PAGE IV

Your Honor i no how to stay sober, i did it for 2½ years by going to my psychiatrist Carolen Barks, A.A., and church, but i could not do any of this on level 4 probation because i was confined to my home.

You seem to be a fair and just man, Sir, but i donot understand why the court would keep sending me back to a program that i truly have had little success in. I have successfully completed Crest two times, New Visions onces (graduated in May 05) and also completed T.A.S.K. before.

The whole time i was in gander hill i was trying to better myself by taking the New Visions program (counselor Salters) A.T.V. Alternative to violance class (sister Mary), two mental health classes (counselor Ms. Dixon) and a three credit colledge course in Abnormal psychology, i have been working very hard on my alcohol problems, and trying to get my life back in order and if i were just given the chance to get out and back to work quickly i will prove to you and the court that i no i can stay sober, Sir. I am a very hard working, honest person, i donot do or sell drugs but i do have a drinking problem but i believe that going threw the crest program for a third time is truly a wast of the prisons system time and mine, especially when i could be seeking better treatment for alcohollizms threw A.A. and my theripist. The program does work for some but it is geared for young drug addicted individules not older (i am 44) alcoholics, i know because i have been threw it, sir.

PAGE V →

Movent asked the court to modify/reduce sentence as follows:

① Release to level 3 with T.A.S.K., Brandywine counseling, or PACE, to be seen by psychiatrist Carolin Barnes and level 3 probation all monitoring clients progress. Ms Barnes can also report progress to TASK or probation also 2 AA meetings a week. Clients old level 4 home confinement ended on 7/8/05.

OR

② Three months work release followed by level-3, and Brandywine counseling so client can return to work and start paying child support, fines, and bills, and still be monitored and seek counseling

OR

③ Give client a new V.O.P. hearing on violation so new facts can be disputed.

Your Honorable Judge Cooch, i pray apon the court to please review all the facts of this case and i believe you will see their is much more to it then was revealed in court on 6/23/05, and i ask that you please grant me one of my modificatio or a new hearing so i can go back to being a productive part of society.

Thank You.
Sincerly.
John Jacob White
JOHN JACOB WHITE
SBI: 202819
CRA: IN03121664

A copy of this modification has been forwarded to:
REPRESENTITIVE: JOHN PASQUALE
SENATOR: JOSEPH BIDEN
SENATOR: THOMAS CARPER

Wherefore, in light of the above, Movant asks that the Court modify/reduce his sentence as follows: ON SEPERATE PAPER.

_____

_____

_____

_____

_____NONE_____
Signature of attorney (if any)

I declare the truth of the above under penalty of perjury.

_7/16/05_          _John Jacob White_
Date signed        Signature of Movant (Notarization not required)

# CERTIFICATE OF SERVICE

I, JOHN JACOB WHITE, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the 7 day of 16, 05.

✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷

✷✷ Circle the Department of Justice you are serving ✷✷

| Deputy Attorney General | Deputy Attorney General | Deputy Attorney General |
|---|---|---|
| Department of Justice | Department of Justice | Department of Justice |
| 820 North French Street | 102 West Water Street | 114 East Market Street |
| Wilmington, DE 19801 | Dover, DE 19901 | Georgetown, DE 19947 |

7/6/05
Date Signed

*John J White*
Signature of Movant (Notarization not required)

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE                       )
                                        )
v.                                      )   ID: 0312004756
                                        )
John J. White                           )

### ORDER

This_____day of_____, 2005, upon consideration of defendant's motion for reduction/modification of sentence, the presentence report/prior record, and the sentence imposed upon the defendant;

**NOW, THEREFORE, IT IS ORDERED** that defendant's motion for reduction/modification of sentence is DENIED for the following reason(s):

- ☐ The sentence in this case was imposed pursuant to a Plea Agreement between the State and the defendant and signed by the defendant. Superior Court Criminal Rule 11(e)(1)(c).

- ☐ The motion was filed more than 90 days after imposition of the sentence and is, therefore, time-barred. The Court does not find the existence of any extraordinary circumstances.

- ☐ Pursuant to Superior Court Criminal Rule 35(b), the court will not consider repetitive requests for reduction or modification of sentence.

- ☐ The sentence imposed is mandatory and cannot be reduced or suspended.

- ☒ The sentence was imposed after a violation-of-probation hearing was held, and the Court determined the defendant had violated the terms of his probation. The defendant is not amenable to probation at this time.

- ☒ The sentence is appropriate for all the reasons stated at the time of sentencing. No additional information has been provided to the Court which would warrant a reduction or modification of this sentence.

- ☐ Other:_____
_____
_____

_____
Judge Richard R. Cooch

oc: **Prothonotary**
pc: **Defendant**
    **Department of Justice**
    **Presentence**

```
                    SUPERIOR COURT CRIMINAL DOCKET                Page     3
                         ( as of  08/08/2005 )

State of Delaware v.  JOHN J WHITE                             DOB: 07/06/1961
State's Atty: VICTORIA R WITHERELL , Esq.    AKA: JOHN WHITE
Defense Atty: JAMES A NATALIE , Esq.              JOHN WHITE

        Event
No.     Date         Event                                      Judge
-------------------------------------------------------------------------------
16    10/22/2004
        NOLLE PROSEQUI FILED BY ATTORNEY GENERAL.
        IN 03-12-1665 AND 2731
        RSN: 029 (PLED AND SENTENCED ON OTHER CHARGES 06/22/04)
17    12/13/2004
        MOTION FOR MODIFICATION OF SENTENCE FILED PRO-SE.
        REFERRED TO PRESENTENCE 12/22/04 FOR JUDGE COOCH.
18    12/30/2004                                        COOCH RICHARD R.
        ORDER MOTION FOR MODIFICATION OF SENTENCE DENIED.
        THE SENTENCE WAS IMPOSED AFTER A VOP HEARING WAS HELD, AND THE COURT
        DETERMINED THE DEFENDANT HAD VIOLATED THE TERMS OF HIS PROBATION.
        THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME OF
        SENTENCING.
19    02/11/2005
        PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
        REFERRED TO JUDGE: COOCH
        DATE REFERRED: 2/11/05
        CIVIL CASE NO: 05M-02-043
20    02/18/2005                                        COOCH RICHARD R.
        ORDER: DEFENDANT'S PETTITION FOR A WRIT OF HABEAS CORPUS IS DENIED
        IT IS SO ORDERED JUDGE COOCH
21    04/26/2005
        PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
        REFERRED TO JUDGE: COOCH
        DATE REFERRED: 4/27/05
        CIVIL CASE NO: 05M-04-061
22    05/02/2005                                        COOCH RICHARD R.
        ORDER: DEFENDANT'S PETITION FOR A WRIT OF HABEAS CORPUS IS DENIED.
        IT IS SO ORDERED JUDGE COOCH
23    06/13/2005                                        REYNOLDS MICHAEL P.
        ADMINISTRATIVE WARRANT FILED - LEVEL (4).
        PROBATION OFFICER: ROBERT SNIADOWSKI
        BAIL HEARING HELD THIS DATE AND BAIL SET ON VOPS AS FOLLOWS:
        BAIL SET:  HELD WITHOUT BAIL                           0.00
        VOP: 6/23/05 AT 9:00 BEFORE J. COOCH
24    06/13/2005                                        REYNOLDS MICHAEL P.
        COMMITMENT TO DEPARTMENT OF CORRECTION. BAIL SET: HWOB
25    06/15/2005
        SUBPOENA(S) MAILED.
      06/23/2005                                        COOCH RICHARD R.
        VIOLATION-OF-PROBATION HEARING:  DEFENDANT FOUND IN VIOLATION.
        SENTENCED.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    4
                         ( as of   08/08/2005 )

State of Delaware v.  JOHN J WHITE                              DOB: 07/06/1961
State's Atty: VICTORIA R WITHERELL , Esq.    AKA: JOHN WHITE
Defense Atty: JAMES A NATALIE , Esq.              JOHN WHITE

        Event
No.     Date           Event                                    Judge
-------------------------------------------------------------------------------
26      06/23/2005                                       COOCH RICHARD R.
          SENTENCE: VOP ASOP ORDER SIGNED AND FILED 7/7/05
27      07/21/2005
          PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
          REFERRED TO JUDGE COOCH
          DATE REFERRED: 07/21/2005
          CIVIL CASE NO: 05M-07-065RRC
28      07/21/2005                                       COOCH RICHARD R.
          ORDER: PETITION FOR WRIT OF HABEAS CORPUS IS HEREBY DENIED. IT IS SO
          ORDERED.
          05M-07-065RRC
30      07/27/2005
          MOTION FOR MODIFICATION OF SENTENCE FILED PRO-SE.
          REFERRED TO JUDGE COOCH, 8/5/05 YOUR HONOR WILL HAVE FILE FOR HABEAS
          CORPUS.
          (DIDN'T SEND TO PRESENTENCE BECAUSE OF H/C FILED SAME TIME.
29      08/05/2005
          PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
          REFERRED TO JUDGE COOCH
          DATE REFERRED: 08/05/2005
          CIVIL CASE NO: 05M-08-024RRC

                  *** END OF DOCKET LISTING AS OF  08/08/2005 ***
                          PRINTED BY: CSCVMOA
```

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

    VS.

JOHN J WHITE

Alias: JOHN WHITE

DOB: 07/06/1961
SBI: 00202819

| CASE NUMBER: | CRIMINAL ACTION NUMBER: |
|---|---|
| 0312004756 | VN03-12-1664-01 |
| | VIOL O/PROBATN |
| | ORIG. CHARGE: |
| | DUI LIQ/DRG-4TH(F) |

RELEASE

## VIOLATION OF PROBATION SENTENCE ORDER

NOW THIS 23RD DAY OF JUNE, 2005, IT IS THE ORDER OF THE COURT THAT: The defendant is found in violation. Defendant is sentenced as follows:

AS TO VN03-12-1664-01 : NON-TIS 21 Del.C.4177000AFE
VIOL O/PROBATN - FOUND IN VIOLATION

Effective June 23, 2005 the defendant is sentenced as follows:

- The defendant is placed in the custody of the Department of Correction for 2 year(s) at supervision level 5 with credit for time served

- Suspended immediately

- For 1 year(s) supervision level 4 **CREST**

- Upon successful completion at supervision level 4 **CREST**

- For balance to be served at supervision level 3

- Or supervision level 2

\*\*APPROVED ORDER\*\*   1   August  8, 2005 08:08

```
STATE OF DELAWARE
      VS.
JOHN J WHITE
DOB: 07/06/1961
SBI: 00202819
```

- Hold at supervision level 5

- Until space is available at supervision level 4 **CREST**

```
**APPROVED ORDER**    2    August  8, 2005 08:08
```

SPECIAL CONDITIONS BY ORDER

STATE OF DELAWARE
     VS.
JOHN J WHITE
DOB: 07/06/1961
SBI: 00202819

CASE NUMBER:
0312004756

TASC shall monitor the defendant.

All previous terms and conditions are reimposed.

_____
JUDGE RICHARD R COOCH

**APPROVED ORDER**    3    August  8, 2005 08:08

```
                        SUPERIOR COURT CRIMINAL DOCKET                        Page      1
                             ( as of  08/08/2005 )

State of Delaware v.  JOHN J WHITE                                   DOB: 07/06/1961
State's Atty: VICTORIA R WITHERELL , Esq.    AKA: JOHN WHITE
Defense Atty: JAMES A NATALIE , Esq.              JOHN WHITE


Assigned Judge:

Charges:
Count      DUC#          Crim.Action#      Description            Dispo.      Dispo. Date
------------------------------------------------------------------------------------------
 001     0312004756      IN03121664        DUI LIQ/DRG-4TH        PG          06/22/2004
         0312004756      VN0312166401      VIOL O/PROBATN         VF          06/23/2005
 002     0312004756      IN03121665        CARELESS DRVNG         NOLP        10/22/2004
 003     0312004756      N03121666         MV PROOF INSUR         DISM        01/30/2004
 004     0312004756      IN03122731        INSURANCE CARD         NOLP        10/22/2004

        Event
No.     Date           Event                                              Judge
------------------------------------------------------------------------------------------
 1      12/19/2003
           CASE ACCEPTED IN SUPERIOR COURT.
           ARREST DATE: 12/07/2003
           PRELIMINARY HEARING DATE: 121803
           RELEASED/OWN RECOG.                      0.00
           SECURED BAIL-RELEASED                2,000.00
           CONDITION OF BAIL
           DEFT.IS NOT TO DRIVE A MOTOR VEHICLE.
 2      01/12/2004
           INDICTMENT, TRUE BILL FILED.NO 69
           SCHEDULED FOR ARRAIGNMENT AND BAIL REPRESENTATION 01/30/04 AT 8:30
           CASE REVIEW 02/23/04 AT 1:45
 3      01/14/2004
           NOTICE OF SERVICE - DISCOVERY RESPONSE
           FROM THE ATTORNEY GENERAL'S OFFICE.
 4      01/21/2004
           SUMMONS MAILED.
        01/30/2004                                               VAVALA MARK STEPHEN
           ARRAIGNMENT CALENDAR - BAIL STATUS & REPRESENTATION CONTINUED.  NEW
           DATE SET. COURT'S REQUEST-NO NOTIFICATION/NO SERVICE.
 5      02/06/2004                                               REYNOLDS MICHAEL P.
           ARRAIGNMENT CALENDAR - 10-C FILED_BY_J NATALIE.WH
        02/23/2004                                               SLIGHTS JOSEPH R. III
           CASE REVIEW CALENDAR:  SET FOR FINAL CASE REVIEW. 3/22/04 @ 1:45
        03/22/2004                                               GEBELEIN RICHARD S.
           FINAL CASE REVIEW:  PLEA DATE TO BE SET.
           DEFENDANT HAS UNTIL THE FOLLOWING DATE TO SCHEDULE A PLEA HEARING:
           6/22/2004
 6      03/22/2004                                               GEBELEIN RICHARD S.
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                    Page    2
                          ( as of  08/08/2005 )

State of Delaware v.  JOHN J WHITE                            DOB: 07/06/1961
State's Atty: VICTORIA R WITHERELL , Esq.    AKA: JOHN WHITE
Defense Atty: JAMES A NATALIE , Esq.              JOHN WHITE

         Event
No.      Date           Event                                 Judge
---------------------------------------------------------------------------
         ORDER SCHEDULING TRIAL FILED.
         TRIAL DATE:_6/22/2004
         CASE CATEGORY:_____2
         ASSIGNED JUDGE (CATEGORY 1 CASES ONLY):
         UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
         OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
         FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
         CONTINUANCE REQUESTS WILL BE DENIED.
7        03/23/2004
         PLEA SCHEDULING ORDER FILED - PLEA SCHEDULING DEADLINE: 4/23/04
         DEFENSE COUNSEL HAS UNTIL THIS DATE TO SCHEDULE ENTRY OF A PLEA.
         IF NOT SCHEDULED FOR PLEA, THE COURT WILL SCHEDULE THE CASE FOR TRIAL
         WITHOUT FURTHER NOTICE.  ONCE SCHEDULED FOR TRIAL, PARTIES SHALL BE
         READY TO PROCEED WITHOUT DELAY.  THE COURT CONSIDERS DISCOVERY COM-
         PLETE, AND THE DISPOSITIVE MOTIONS DEADLINE HAS PASSED.  THERE SHALL
         BE NO FURTHER CASE REVIEWS FOR THIS CASE.
8        04/01/2004
         LETTER FROM JAMES A. NATALIE, JR., ESQ.   TO VICTORIA WITHERELL, ESQ.
         RE: PLEASE ACCEPT THIS LETTER REQUESTING THE PRESENCE OF THE FORENSIC
         CHEMIST, THE PHLEBOTOMIST, AND ANY OTHER PERSON IN THE CHAIN OF
         CUSTODY, AS A WITNESS IN THIS PROCEEDING.
         *SEE FULL LETTER IN FILE.
9        06/01/2004
         SUBPOENA(S) MAILED.
10       06/03/2004
         STATE'S WITNESS SUBPOENA ISSUED.
11       06/10/2004
         SUBPOENA(S) SERVED BY SHERIFF.
12       06/10/2004
         SUBPOENA(S) SERVED BY SHERIFF.
         06/21/2004                                   JOHNSTON MARY MILLER
         TRIAL CALENDER/PLEA HEARING:  PLEA REJECTED/SET FOR TRIAL
13       06/22/2004                                   SLIGHTS JOSEPH R. III
         TRIAL CALENDAR-JURY TRIAL-PLED GUILTY-PSI ORDERED
         SENT DATE: 08/13/04
14       09/03/2004
         SUBPOENA(S) MAILED.
         09/17/2004                                   COOCH RICHARD R.
         09/17/2004                                   COOCH RICHARD R.
         SENTENCING CALENDAR: DEFENDANT SENTENCED.
15       09/17/2004                                   COOCH RICHARD R.
         SENTENCE ORDER SIGNED AND FILED 09/22/04.
```