I have sent a copy of my modification that was denied by Judge Richard Cooch. I am asking for the same relief from you the Federal Court. I have also inclosed a copy of my court docket sheet with the Habeas Corpus denieal on 5/02/05 and one on 4/26/05

Thank You

John J White
SBI 202819

05-649



FILED
SEP -2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE