## CERTIFICATION OF SERVICE

The undersigned certifies that on November 28, 2005, he electronically filed the attached *Answer* with the Clerk of Court using CM/ECF. The undersigned certifies that he manually filed the above-listed documents with the Clerk of the Court. The undersigned further certifies that on November 28, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

John J. White
SBI No. 00202819
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware  19947

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/_____
        Gregory E. Smith, ID # 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware 19801
        (302) 577-8398