## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN JACOB WHITE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 05-649-GMS |
| | ) |
| VINCE BIANCO, et al., | ) |
| | ) |
| Respondents. | ) |

### NOTICE OF FILING OF STATE COURT RECORDS

Respondents file herewith certified copies of the following Delaware Superior Court documents:

    a.    Docket, *State v. John J. White*, ID No. 0312004756.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: November 28, 2005