## CERTIFICATION OF SERVICE

The undersigned certifies that on November 28, 2005, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned certifies that he manually filed the above-listed documents with the Clerk of the Court. The undersigned further certifies that on November 28, 2005 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

John J. White
SBI No. 00202819
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware 19947

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398